Julius M. Engel, Esq. SBN: 137759
Lanphier and Associates
1860 Howe Ave Ste 330
Sacramento, CA 95825
Telephone: (916) 442-7768

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:

Gianne Carlo Dizon Apurado and Ruby -Rose

Apurado

　　　　　　　Debtors

_____

) Case No.: 16-20383
)
) **MOTION TO VALUE SECURED CLAIM OF**
) **DENBY SQUARE COTTAGES HOMEOWNERS**
) **ASSOCIATION**
)
DATE: 3/22/2016
TIME: 2 pm
DCN: JME-1
Dept. C
Location: U.S Federal Court
501 I St. Courtroom 33 6th Fl.
Sacramento, CA 95814

　　　Gianne Carlo Dizon Apurado and Ruby-Rose Apurado**,** the debtors herein, brings this Motion to Value the Collateral of DENBY SQUARE COTTAGES HOMEOWNERS ASSOCIATION (hereinafter DENBY) pursuant to 11 U.S.C. § 506(a) and (d) and the Federal Rules of Bankruptcy Procedure 3012.

　　　Debtors requests the Court to value the recorded secured claim of Denby (See Exhibit A) which is secured by the debtors' residence (the Collateral).

　　　In the opinion of the Debtors (See Declaration In Support of Motion to Value Secured Claim filed herewith) (hereinafter Apurado Declaration) the Collateral had a value of $361,000 on the day of filing.

The 1st Deed of Trust serviced by Seterus secures a note for the primary home loan in the amount of $361,798.95 and in light of the fair market value of the Collateral renders it an undersecured claim.

The claim of Denby is junior to the primary home loan and entirely unsecured.

As of the date of this motion, no proof of claim has been filed by DENBY.

WHEREFORE, Debtors and petitioner respectfully requests an order that the collateral be valued at $361,000 and hence the allowed secured claim of DENBY be $0.00 and a general unsecured claim of $3,155.


Dated: February 12, 2016      Lanphier & Associates


                         BY: /s/Julius M. Engel_____
                           Julius M. Engel, Attorney